IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ADILAIDA SALGADO,**

      Plaintiff,

v.   No. CIV 16–1271 LAM

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social**
**Security Administration,**

      Defendant.

## ORDER GRANTING MOTION TO PROCEED
## IN FORMA PAUPERIS AND DIRECTING SERVICE

**THIS MATTER** is before the Court on Plaintiff's motion to proceed *in forma pauperis* [*Doc. 2*].  The Court has considered the motion, which incorporates Plaintiff's affidavit regarding Plaintiff's financial status, and relevant law, and **FINDS** that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to proceed *in forma pauperis* [*Doc. 2*] is **GRANTED**, and Plaintiff is authorized to proceed in this action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the summons and the complaint in this action on the United States Attorney for the District of New Mexico, the Attorney General of the United States, and the Commissioner of Social Security.

**IT IS SO ORDERED.**

                      */s/ Lourdes A. Martínez*
                      **LOURDES A. MARTÍNEZ**
                      **UNITED STATES MAGISTRATE JUDGE**