## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ADILAIDA SALGADO,

      Plaintiff,

v.                                                                                      No. 2:16-CV-01271-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

      Defendant.

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER comes before the Court upon Defendant's Unopposed Motion to Seal Administrative Record, [Doc. 15], filed July 18, 2017. Having considered the motion, and being otherwise fully advised in the premises, the Court FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the administrative record lodged by Defendant in the above-titled cause shall be permanently sealed.

**IT IS FURTHER ORDERED** that access to said record shall be limited to the Court and the case participants alone.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE