IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADILAIDA SALGADO,

    Plaintiff,

v.                                        No. 2:16-CV-01271-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

# ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* to consider Plaintiff's failure to file and serve her motion to reverse or remand agency decision on or before August 17, 2017, as mandated by the Court's Order Setting Briefing Schedule [Doc. No. 18]. Importantly, a district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute or for failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 (10th Cir. 2003).

**IT IS, THEREFORE, ORDERED** that *on or before Tuesday, September 5, 2017*, Plaintiff shall file a response to this Order showing cause why this case should not be dismissed. Plaintiff is hereby notified that *failure to respond to this Order may result in dismissal of this case without prejudice and without further notice*.

    **IT IS SO ORDERED.**

                                                             _____
                                                             KEVIN R. SWEAZEA
                                                             UNITED STATES MAGISTRATE JUDGE