# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ADILAIDA SALGADO,  )
)
       Plaintiff,  )
)
vs.  )     No. 2:16-CV-01271-KRS
)
NANCY A. BERRYHILL  )
Acting Commissioner of Social Security,  )
)
       Defendant.  )

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion to Dismiss, it being stated therein that opposing counsel concurs in the granting of the Motion, the Court having read the Motion and being fully advised in the premises, finds that there is good cause appearing therefore granting said Motion.

IT IS, THEREFORE, ORDERED that the Complaint filed herein is dismissed with prejudice.

                                                   _____
                                                   KEVIN R. SWEAZEA
                                                   UNITED STATES MAGISTRATE JUDGE